

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00578-CR

Juan **ESCALANTE-AVALOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-01-00005-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On February 11, 2020, we ordered trial court reporter Staci Slayden to file the reporter's record or a notice of late reporter's record no later than February 21, 2020. To date, neither the reporter's record nor a notice of late record has been filed.

Accordingly, it is ORDERED that court reporter Staci Slayden must file the reporter's record **no later than March 12, 2020.** If the reporter's record is not filed by such date, **a show cause order may be issued** directing Staci Slayden to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Slayden by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of this court is directed to serve a copy of this order on the Honorable Russell Wilson, Judge of the 81st Judicial District Court, Karnes County, Texas.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court